**DENIED**

Movant has not asserted a legal basis for vacating or reconsidering the Dismissal Order. See Pacific Ins. Co. v. American Nat. Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Thompson v. E.I. DuPont de Nemours & Co., Inc., 76 F.3d 530, 535 (4th Cir. 1996). The Motion to Reconsider is denied.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **19–22739 – LSS**    Chapter: **13**

**Monica Vaden**
Debtor

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:   Debtor
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Rebecca A. Herr
      All Creditors

**End of Order**

40x08 (rev. 01/14/2013) – nguerra